Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton
DEPUTY CLERK: Patty Villano         RPTR/ECRO/TAPE: Julie Cashman
TOTAL TIME: 1 hours 12 minutes
DATE: 9/23/2016   START TIME: 2:18 pm   END TIME: 3:30 pm
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr) FROM: _____ TO: _____

CIVIL NO. 3:15 cv 390 (JBA)

Henry Lodge                                   Wey-Wey Kwok/Gill W. Deford
                                              Plaintiff's Counsel
vs
Sylvia Mathew Burwell                         Carolyn Aiko Ikari, AUSA
                                              Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing                [ ] Show Cause Hearing
[ ] Evidentiary Hearing           [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] ....# 38   Motion for Summary Judgment      [ ] granted [ ] denied [✓] advisement
[✓] ....# 39   Motion for Summary Judgment      [ ] granted [ ] denied [✓] advisement
[ ] ....#____  Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ....#____  Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ....#____  Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ....#____  Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ....#____  Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ....       Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ....       Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ....       Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ....       Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ....       [ ] Briefs(s) due _____ [ ] Proposed Findings due _____ Response due _____
[ ] ..........  _____  [ ] filed [ ] docketed
[ ] ..........  _____  [ ] filed [ ] docketed
[ ] ..........  _____  [ ] filed [ ] docketed
[ ] ..........  _____  [ ] filed [ ] docketed
[ ] ..........  _____  [ ] filed [ ] docketed
[ ] ..........  _____  [ ] filed [ ] docketed
[ ] ..........  _____ Hearing continued until _____ at _____